UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD MACPHERSON,

            Plaintiff,

-against-

370 CANAL FITNESS GROUP, LLC d/b/a PLANET FITNESS, et al.,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/28/2023
```

23-CV-464 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Plaintiff Donald MacPherson filed his Complaint on January 19, 2023 (Dkt. 1), and served defendants Tribeca Ascott LLC d/b/a Sheraton Tribeca NY Hotel and 370 Canal Fitness Group, LLC d/b/a Planet Fitness on January 30, 2023, making defendants' answers due February 21, 2023. (Dkt. 12-13.) Defendants have not appeared through counsel and no answers have been filed. Nor has plaintiff requested certificates of default.

      It is hereby ORDERED that, if defendants have not answered or otherwise responded to the complaint before **March 7, 2023**, plaintiff shall, on that date, either file a stipulation granting defendants additional time or apply for entry of default.

Dated: New York, New York
          February 28, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**