UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DONALD MACPHERSON,

              Plaintiff,

    -against-

370 CANAL FITNESS GROUP, LLC d/b/a PLANET
FITNESS AND TRIBECA ASCOTT LLC d/b/a
SHERATON TRIBECA NY HOTEL

              Defendants.
----------------------------------------X

CASE NO: 1:23-cv-00464-PAE-BCM

## STIPULATION FOR DISMISSAL WITH PREJUDICE.

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Dated: November 28, 2023

**FOR THE PLAINTIFF:**

Bradly G. Marks, Esq.
*Attorney for Plaintiff*
DONALD MACPHERSON
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
Brad@markslawpc.com

**FOR THE DEFENDANTS:**

Michael Passarella, Esq.
*Attorney for Defendant*
370 CANAL FITNESS GROUP, LLC
d/b/a PLANET FITNESS
Olshan Frome Wolosky LLP
1325 Avenue of Americas
New York, NY 10019
MPassarella@olshanlaw.com

Elena Yun, Esq.
*Attorney for Defendant*
TRIBECA ASCOTT LLC d/b/a
SHERATON TRIBECA NY HOTEL
The Yun Law Firm, LLC
30 Wall Street 8th Floor
New York, NY 10005
elena@yunlawllc.com

SO ORDERED.

              *Paul A. Engelmayer*
              PAUL A. ENGELMAYER
              **United States District Judge**

Dated: November 29, 2023